AO 93 (Rev. 11 13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:18-MJ-00466 | Date and time warrant executed:<br>03/15/2018 5:00 pm | Copy of warrant and inventory left with:<br>The Device |
| Inventory made in the presence of :<br>ATF Special Agent Nicole Lozano | | |

Inventory of the property taken and name of any person(s) seized:

One (1) forensic clone of a:

1) Black Apple - iPhone; Model - iPhone 8, IMEI Number: 356712087820403 seized from Paris Mario CARTER.

2) Black Apple - iPhone; Model - iPhone X, IMEI Number: 359409088505888 seized from Paris Mario CARTER.

3) Pink Apple - iPhone; Model - iPhone 6-S, IMEI Number: 353287070123647 seized from Paris Mario CARTER.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/02/2018

*xecuting officer's signature*

Jose L. Arellano - Special Agent
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Three Apple iPhones seized on February 28, 2018 and currently maintained in the custody of University of California, Los Angeles Police Department in Los Angeles, California | )<br>)<br>)   Case No.   2:18-MJ-00466<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
   See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
   See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
                                                                                   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*
                                                                ☐ until, the facts justifying, the later

Date and time issued:   3/1/18 at 5:40 p.m.             /s/ *[signature]*

City and state:   Los Angeles, CA                         Hon. Jacqueli_____istrate Judge
                                                                         *Printed name and title*

AUSA: Kathy Yu, x2431